J. C. COLLINS v. STATE.

No. A-785.   Opinion Filed September 23, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.

J. C. Collins was convicted of a violation of the prohibition law and appeals. Reversed and remanded.

W. J. Sullivan, for plaintiff in error.

Smith C. Matson, Asst. Atty Gen., for the State. ·

PER CURIAM. Plaintiff in error was convicted in the superior court of Muskogee county for a violation of the prohibition law and was sentenced to a term of thirty days in the county jail and pay a fine of two hundred dollars. A trial was had before a jury composed of six men. The record does not show that the defendant waived his right to a trial by a jury of twelve men. Under the authority of Hill v. State, 3 Okla. Cr. 686, 109 Pac. 291; Schafer v. State, 5 Okla. Cr. 598, 115 Pac. 379; Dalton v. State, infra., 116 Pac. 954, and Antonelli v. State, infra, the judgment will be reversed and the cause remanded to the superior court of Muskogee county with direction to grant a new trial.